Opinion issued April 24, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00295-CV

____________


IN RE HARRY L. BOWLES, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator has filed a petition for writ of mandamus complaining of Judge
Caroline Baker's (1) alleged failure to rule on a motion for summary judgment (filed
October 29, 2002), a motion to compel (filed December 13, 2002), and a motion for
a new scheduling order (filed February 7, 2003).

 We deny the petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.
1. The Honorable Caroline E. Baker, judge of the 151st District Court of Harris
County, Texas. The underlying lawsuit is Bowles v. Bishop, No. 95-043235
(151st Dist. Ct., Harris County, Tex.).